AMERICAN RADIATOR CO. v. Wm. TRUDEAU, Jr., by Wm. Trudeau, Sr., His Father and Next of Kin.

No. 6123.

Circuit Court of Appeals, Sixth Circuit.
March 16, 1932.

J. R. Kistner, of Cleveland, Ohio, for appellant.

Wolf & Kruchkoff and Newcomb, Newcomb & Nord, all of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

Otis ASHURST v. UNITED STATES.
No. 6117.

Circuit Court of Appeals, Sixth Circuit.
Feb. 2, 1932.

King Swope and Chas. Fennell, both of Lexington, Ky., for appellant.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

A./S. IVARANS REDERI (Ivan An. Christensen, Manager) OF OSLO, NORWAY, Sole Owner and Claimant of THE S. S. MODEMI, et al., Appellants, v. WILLIAM WRIGLEY, JR., COMPANY, et al., Appellees.

No. 6515.

Circuit Court of Appeals, Fifth Circuit.
July 20, 1932.

Before BRYAN, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above-numbered and entitled cause is denied.

BANK OF THAYER, a Corporation, etc., et al., Appellants, v. Arthur L. RHOADES et al.

No. 9546.

Circuit Court of Appeals, Eighth Circuit.
June 15, 1932.

Barton & Moberly, of Houston, Mo., for appellants.

Fisher & Whitten, of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellees under Rule 16.